LEO STALNAKER, *Plaintiff in Error,* vs. STATE OF FLORIDA, *Defendant in Error.*

136 So. 318.

En Banc.

Decision filed July 29, 1931.

Petition for rehearing denied September 19, 1931.

*L. E. Womack* and *Allen T. Stuart,* for Plaintiff in Error;

*Cary D. Landis,* Attorney General, and *Roy Campbell,* Assistant, for the State.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby affirmed.

BUFORD, C.J., AND WHITFIELD, ELLIS AND TERRELL, J.J., concur.

Brown and Davis, J.J., dissent.

Brown, J., dissenting:—The court based its judgment upon the fifth count, which was in my opinion legally defective and should have been so held on the demurrer thereto. See third headnote in Mortellar v. Atlantic Coast Line R. Co., 91 Fla. 230, 107 So. 528.

Davis, J., concurs.